■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS WILLIAMS, Appellant. [46 NYS3d 867]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward J. McLaughlin, J.), rendered March 19, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.

■ BENJAMIN WEISMAN, Appellant, v MONY LIFE INSURANCE COMPANY et al., Respondents. [46 NYS3d 868]—Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered August 26, 2015 which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The record demonstrates conclusively that plaintiff never submitted a claim for total disability. His attending physicians certified to his partial disability only (*see generally Anthony Marino Constr. Corp. v INA Underwriters Ins. Co.*, 69 NY2d 798 [1987]). Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.